

NEW JERSEY OFFICE  
130 POMPTON AVENUE  
VERONA, NJ 07044  
(973) 239-4300

NEW YORK OFFICE  
48 WALL STREET, 5TH FLOOR  
NEW YORK, NY 10005  
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM  
WWW.LGAULIRUFO.COM  
FAX: (973) 239-4310

*Via ECF*

April 28, 2021

Honorable Loretta A. Preska  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York City, New York 10007

          Re:    *United States v. Adelekan* (Bryan Eadie)  
                  Crim. No. 19 cr 291

Dear Judge Preska:

    I was appointed to represent Bryan Eadie in the above matter. His bail conditions restrict his travel to the Southern and Eastern Districts of New York and New Jersey. I am respectfully requesting a modification of Mr. Eadie's bail conditions, to permit him to travel to Florida with his family over Memorial Day weekend, from Thursday May 27, 2021 through Sunday, May 31, 2021. Mr. Eadie's Pretrial Service Officer, Lea Harmon, has no objection to this request, and Rebecca Dell, AUSA on behalf of the government, defers to Pretrial Services. If Your Honor grants this request, Mr. Eadie will coordinate all of the details of his travel with Ms. Harmon. Your Honor's time and consideration of this request is greatly appreciated.

SO ORDERED  
/s/ Loretta A. Preska  
LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE  
4/29/21

Respectfully submitted,  
s/  
Lorraine Gauli-Rufo, Esq  
Attorney for Bryan Eadie

cc:    Rebecca Dell, AUSA