

**NEW JERSEY OFFICE**
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

**NEW YORK OFFICE**
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

August 13, 2021

*Via ECF*
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Adelekan* (Bryan Eadie)
19-CR-00291

Dear Judge Preska:

    I represent Mr. Eadie in the above referenced matter. I am respectfully requesting that Mr. Eadie's appearance be waived for the pre-trial conference scheduled for Friday, August 20, 2021, at 10:30AM. Additionally, I am respectfully requesting that I appear by telephone for the pre-trial conference. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,

s/

Lorraine Gauli-Rufo, Esq
*Attorney for Bryan Eadie*

cc:   Rebecca Dell, AUSA
      Daniel Wolf, AUSA

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear by
telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```

*Loretta A. Preska* 8/16/2021